IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-cr-00140-MHT |
| | ) | (WO) |
| MARY ELIZABETH GRIFFIN WILSON | ) | |

## **FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on July 15, 2021.

On March 2, 2021, this court entered a preliminary order of forfeiture (Doc. 32) ordering defendant Mary Elizabeth Griffin Wilson to forfeit her interest in $18,041.54 seized from River Bank & Trust account number xxxxx1521 in the name of Mary Griffin Wilson, and $6,420.23 seized from River Bank & Trust account number xxxxx7823 in the name of Mary Griffin Wilson.

Notice of this forfeiture and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. *See* Declaration of Publication (Doc. 50). No petition of interest was filed within the required period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and that the government has established the requisite nexus between the property and such offenses in violation of 21 U.S.C. § 841(a)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 51) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853: **$18,041.54 seized from River Bank & Trust account number xxxxx1521 in the name of Mary Griffin Wilson, and $6,420.23 seized from River Bank & Trust account number xxxxx7823 in the name of Mary Griffin Wilson.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 16th day of July, 2021.

/s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE